FILED
2016 Apr-05  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 04, 2016

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 16-10639-H
Case Style: United Mine Workers of America v. Walter Energy Inc
District Court Docket No: 2:16-cv-00064-RDP
Secondary Case Number: 15-bkc-02741-TOM-11

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Dionne S. Young, H/caw
Phone #: (404) 335-6224

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-10639-H
_____

In re: WALTER ENERGY INC.,

                                          Debtor.

_____

UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,

                                          Plaintiff - Appellant,

versus

WALTER ENERGY INC,

                                          Defendant - Appellee,

STEERING COMMITTEE OF FIRST LIEN HOLDERS,
COAL ACQUISITION LLC,

                                          Interested Parties - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

ENTRY OF DISMISSAL: Pursuant to this court's order dated March 22, 2016, having not received any objections from the parties, at the direction of this Court, this appeal is hereby DISMISSED as to appellant United Mine Workers of America Combined Benefit Fund and the United Mine Workers of America 1992 Benefit Plan as of this date, effective April 04, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Dionne S. Young, H, Deputy Clerk

FOR THE COURT - BY DIRECTION